# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Green Tree Servicing LLC, | : |
| | : Case No. 08-CV-02317-CAB |
| Plaintiff/Appellant | : |
| | : Judge Christopher A. Boyko |
| v. | : |
| | : |
| George John Aleksin, et al. | : |
| | : |
| Defendants/Appellees. | : |

## NOTICE TO WITHDRAW APPEAL

Now comes Plaintiff/Appellant Green Tree Servicing LLC, by and through its counsel, and hereby voluntarily withdraws its Appeal filed in the above matter on September 16, 2008.

Respectfully submitted,

/s/ David J. Demers
David J. Demers (0055423)
Demers & Adams, LLC
Three North High Street
P.O. Box 714
New Albany, Ohio 43054
614-939-0930
614-939-0987 facsimile
Attorney for Green Tree Servicing LLC

```
IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT COURT JUDGE

12/3/08
```